```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICIA J. MURPHY, et al.      :      CIVIL ACTION
                                :
          v.                    :
                                :
THE INTERNATIONAL DRUIDIC       :
SOCIETY, et al.                 :      NO. 13-511
```

ORDER

AND NOW, this 20th day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Jamie Taylor to dismiss plaintiff's amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. #11) is GRANTED;

(2)  the motion of defendant Judy Ellen Taylor to dismiss plaintiff's amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. #12) is GRANTED;

(3)  the motion of defendant Steven Turner to dismiss plaintiff's amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. #13) is GRANTED; and

(4)  plaintiffs' supplemental state law claims against all defendants are DISMISSED under 28 U.S.C. § 1367(c)(3) without prejudice to their right to refile in the appropriate state court.

                                    BY THE COURT:


                                    /s/ Harvey Bartle III
                                                       J.