```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PATRICIA J. MURPHY, et al.      :      CIVIL ACTION
                                :
          v.                    :
                                :
THE INTERNATIONAL DRUIDIC       :
SOCIETY, et al.                 :      NO. 13-511
```

ORDER

Bartle, J.                                        June   , 2013

AND NOW, this 28th day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff, "(1) for permission to serve interrogatories on defendants, Judy Ellen Taylor, Steven Turner, Jamie Taylor, and Marlow Taylor and (2) for an extension of time in which to serve defendants, Allen Turner, Russell Turner and International Druidic Society, Inc." is DENIED.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                             J.